# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| James Oldham, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Nova Mud, Inc.,<br><br>　　　　Defendant.<br>_____<br><br>Nova Mud, Inc.,<br><br>　　　　Third Party Plaintiff<br><br>v.<br><br>RUSCO Operating, LLC,<br><br>　　　　Third Party Defendant | Civil Action No. 2:20-cv-01166-MIS-GBW |

## STATUS REPORT

Per the Order of the Court of July 27, 2023 (ECF No. 80), the Parties offer the following Status Report:

　　　Plaintiff filed his demand for arbitration on August 25, 2023. The parties submitted their strike lists for arbitrator selection on October 10, 2023. The parties are currently awaiting the appointment of an arbitrator and the scheduling of the arbitration.

　　　The Parties will comply with the remainder of the Order, continuing to provide status reports every 90 days, and will inform the Court of the completion of arbitration proceedings within 30 days.

Dated:  October 25, 2023          Respectfully submitted,

By:     s/Melinda Arbuckle
        Melinda Arbuckle
        marbuckle@wageandhourfirm.com
        Ricardo J. Prieto
        rprieto@wageandhourfirm.com
        Wage and Hour Firm
        400 North Saint Paul Street, Suite 700
        Dallas, Texas 75201
        (214) 210-2100 – Telephone
        (469) 399-1070 – Facsimile

ATTORNEYS FOR PLAINTIFF AND PUTATIVE COLLECTIVE ACTION MEMBERS


By: */s/ Matthew N. Zimmerman*
    Fernando M. Bustos
    New Mexico Bar No. 16-19
    Texas Bar No. 24001819
    Email: fbustos@bustoslawfirm.com
    Matthew N. Zimmerman
    New Mexico Bar No. 17-23
    Texas Bar No. 24100386
    Email: mzimmerman@bustoslawfirm.com
    BUSTOS LAW FIRM, P.C.
    1001 Main Street, Suite 501
    Lubbock, Texas 79401
    (806) 780-3976
    (806) 780-3800 FAX

ATTORNEYS FOR DEFENDANT
NOVA MUD, INC.

*/s/ Michael R. Davis*

**Gibbs & Bruns LLP**
Charles M. Rosson
crosson@gibbsbruns.com
Michael R. Davis
mdavis@gibbsbruns.com
1100 Louisiana, Ste 5300
Houston, TX 77002
Telephone: 713.650.8805
Fax: 713.750.0903

2

**Lorber, Greenfield, & Polito LLP**
Louis W. Horowitz, F.B.N. 14-7
100 Sun Ave. NE, Suite 650
Albuquerque, NM 87109
Telephone: (800) 291-3062
lhorowitz@lorberlaw.com

*Attorneys for Third-Party Defendant, RUSCO Operating, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2023, I filed the foregoing document with the Clerk of Court for the United States District Court of New Mexico using the CM/ECF method of the Court, which filing electronically served all counsel of record in the case in compliance with Rule 5.

                                                     s/Melinda Arbuckle
                                                     Melinda Arbuckle