# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JAMES OLDHAM, individual and
on behalf of all others similarly situated,

    Plaintiff,

v.

NOVA MUD, INC.,

    Defendant.

Case No. 2:20-cv-01166-MIS-GBW

-----------------------------------------------------------

NOVA MUD, INC.,

    Third-Party Plaintiff,

v.

RUSCO OPERATING, LLC,

    Third-Party Defendant.

## FINAL JUDGMENT

Pursuant to Rule 58(a), and consistent with the Court's Order Granting the Parties' Joint Motion to Dismiss entered contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

*[signature: Margaret Strickland]*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE